MICHELE BECKWITH
Acting United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DASTAN AKHMETOV,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>USCIS, ET AL.,<br><br>　　　　　　　Defendants. | CASE NO.  2:24-CV-03619 DAD-CKD (PS)<br><br>STIPULATION AND [PROPOSED] ORDER FOR FIRST EXTENSION OF TIME |

　　　The Defendants respectfully request a first extension of time in which to respond to the complaint, and Plaintiff does not oppose.[1]  In this case, Plaintiff alleges the U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed adjudication of his pending asylum application, which Plaintiff alleges he filed in 2017.  Since Plaintiff filed the complaint in this matter, USCIS has scheduled Plaintiff's asylum interview for July 3, 2025.  USCIS anticipates that it will adjudicate Plaintiff's application within 120 days from the date Plaintiff completes his asylum interview.  The parties anticipate that this lawsuit will be rendered moot upon successful completion of the interview and adjudication of Plaintiff's application.

*The remainder of this page is intentionally blank.*

---

[1] Undersigned counsel for the government conferred with plaintiff via email and obtained his consent to the requested extension of time.

1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is October 31, 2025. The parties further request that all other filing and court deadlines be similarly extended.

Respectfully submitted,

Dated:  May 13, 2025                                MICHELE BECKWITH
                                                    Acting United States Attorney

                                         By:  /s/ SHELLEY D. WEGER
                                              SHELLEY D. WEGER
                                              Assistant United States Attorney


                                              /s/ DASTAN AKHMETOV
                                              DASTAN AKHMETOV
                                              Plaintiff


## [PROPOSED] ORDER

It is so ordered.

Dated:  May 14, 2025

                                              CAROLYN K. DELANEY
                                              UNITED STATES MAGISTRATE JUDGE

8, akhm24cv3619.stip.1031

2