UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DASTAN AKHMETOV,

Plaintiff,

v.

UR MENDOZA JADDOU,

Defendants.

No.  2:24-cv-3619-DAD-CKD (PS)

ORDER

Pursuant to the stipulation and order filed on May 14, 2025, defendants were to file a response to plaintiff's complaint on or before October 31, 2025. (ECF No. 11.) On October 21, 2025, defendants moved for a stay of briefing due to the lapse of appropriations to the Department of Justice. (ECF No. 6.)

Good cause appearing, IT IS ORDERED that respondent's motion for a stay of briefing due to lapse of appropriations (ECF No. 6) is GRANTED; defendants shall file a notice within three business days of the date funding is restored, after which the Court will re-set the briefing schedule.

Dated:  October 28, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, akhm24cv3619.sta

1